# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Western Division

City Of Rockford

                              Plaintiff,

v.                                                        Case No.: 3:17−cv−50107
                                                             Honorable Frederick J. Kapala

Mallinckrodt ARD, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2017:

      MINUTE entry before the Honorable Iain D. Johnston: Motion hearing held on 7/20/2017. Defendants' motion to set a briefing schedule [44] is unopposed and granted. All motions to dismiss shall be filed by 8/22/2017 with briefing as follows: responses due 10/3/2017; replies due 10/31/2017. Defendants Mallinckrodt ARD, Inc. and Mallinckrodt PLC shall file separate motions and accompanying memoranda for the anticipated motions under Rule 12(b)(2) and Rule 12(b)(6). On Defendants Mallinckrodt ARD, Inc. and Mallinckrodt PLC's anticipated motion under Rule 12(b)(6), defendants are granted leave to file a motion not to exceed 30 pages; plaintiff is granted leave to file a response not to exceed 30 pages; and defendants are granted leave to file a reply not to exceed 20 pages. All other motions should comply with the page limit outlined in Local Rule 7.1. The initial status hearing set for 8/8/2017 at 9:00 AM and the joint initial written status report due 8/1/2017 remain as set. Lead counsel for all parties with full knowledge of the case must appear in person at the initial status hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.