## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### Western Division

| | |
|---|---|
| CITY OF ROCKFORD<br>on behalf of itself and<br>all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>MALLINCKRODT ARD INC.,<br>*formerly known as* QUESTCOR<br>PHARMACEUTICALS, INC.;<br>MALLINCKRODT PLC;<br>*and* UNITED BIOSOURCE<br>CORPORATION,<br><br>                        Defendants. | Civil Action No.: 3:17-cv-50107<br><br>Honorable Frederick J. Kapala<br>Judge Presiding<br><br>Magistrate Judge Iain D. Johnston |

### DEFENDANTS MALLINCKRODT ARD INC.'S AND MALLINCKRODT PLC'S MOTION TO DISMISS

Defendants Mallinckrodt ARD Inc. and Mallinckrodt plc (collectively, "Mallinckrodt") by and through their undersigned counsel, move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of Plaintiff City of Rockford's Class Action Complaint (the "Complaint") in its entirety, including as to each of the following counts: Count I under 15 U.S.C. § 2, Count II under 15 U.S.C. § 1, Count III under 18 U.S.C. § 1962(c), Count IV under 18 U.S.C. § 1962(a), Count V under 18 U.S.C. § 1692(d), Count VI under the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/1 *et seq.*, Count VII for Unjust Enrichment, and Count VIII for Conspiracy. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Mallinckrodt respectfully requests that the Complaint be dismissed in its entirety, and that the Court grant any additional relief deemed just under the circumstances.

Dated: August 22, 2017.

/s/ Scott Collins Sullivan

Scott Collins Sullivan
WilliamsMcCarthy LLP
120 West State Street
P.O. Box 219
Rockford, IL 61105-0219
Ph: (815) 987-8900
Email: *ssullivan@wilmac.com*

G. Patrick Watson, Georgia Bar No. 741226
(*Pro Hac Vice*)
Lindsay Sklar Johnson, Georgia Bar No. 648391
(*Pro Hac Vice*)
Bryan Cave LLP
14th Floor
1201 West Peachtree Street
Atlanta, GA 30309
Ph: (404) 572-6600
Email: *patrick.watson@bryancave.com*
Email: *lindsay.johnson@bryancave.com*

Rebecca A. D. Nelson, Bar No. 6215961
Herbert R. Giorgio, Bar No. 6291566
Bryan Cave LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102
Ph: (314) 259-2417
Email: *herb.giorgio@bryancave.com*
Email: *ranelson@bryancave.com*

Philip D. Bartz, D.C. Bar No. 379603
(*Pro Hac Vice*)
Bryan Cave LLP
Suite 700
1155 F Street NW
Washington, DC 20004
Ph: (202) 508-6022
Email: *philip.bartz@bryancave.com*

Attorneys for Defendants Mallinckrodt ARD Inc.
*formerly known as* Questcor Pharmaceuticals, Inc.
and Mallinckrodt plc

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that on August 22, 2017, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jay William Chamberlin (chamberlin@havilandhughes.com)
Michael W. Lenert (mwl@meyers-flowers.com)
Ifanyichukwu C. Mogbana (ifeanyi.mogbana@rockfordil.gov)
Donald E. Haviland, Jr. (haviland@havilandhughes.com)
Peter J. Flowers (pfj@meyers-flowers.com)
Jonathan Peter Mincieli (jpm@meyers-flowers.com)
William H. Platt, II (platt@havilandhughes.com)
Kerry Franklin Partridge (kerry.partirdge@rockfordil.gov)
Eric J. Gorman (egorman@skadden.com)
Matthew Robert Kipp (mkipp@skadden.com)
Thomas Pak (thomas.pak@skadden.com)

/s/ Scott C. Sullivan
Scott Collins Sullivan
WilliamsMcCarthy LLP
Email: *ssullivan@wilmac.com*
120 West State Street
P.O. Box 219
Rockford, IL 61105-0219
Ph: (815) 987-8900

Attorney for Defendants Mallinckrodt ARD Inc.
*formerly known as* Questcor Pharmaceuticals, Inc.
and Mallinckrodt plc