UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| **CITY OF ROCKFORD and ACUMENT GLOBAL TECHNOLOGIES, INC.** *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>**MALLINCKRODT ARD INC.,** *formerly known as* **QUESTCOR PHARMACEUTICALS, INC.; MALLINCKRODT PLC; EXPRESS SCRIPTS HOLDING COMPANY; EXPRESS SCRIPTS, INC.; CURASCRIPT, INC.,** doing business as **CURASCRIPT, SD; ACCREDO HEALTH GROUP, INC.;** *and* **UNITED BIOSOURCE CORPORATION,**<br><br>Defendants. | Civil Action No.: 3:17-cv-50107<br><br>Honorable Frederick J. Kapala<br><br>Judge Presiding<br><br>Magistrate Judge Iain D. Johnston |

### DEFENDANTS MALLINCKRODT ARD INC.'S AND MALLINCKRODT PLC'S MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT

Defendants Mallinckrodt ARD Inc. and Mallinckrodt plc (collectively, "Mallinckrodt") by and through their undersigned counsel, move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of City of Rockford and Acument Global Technologies, Inc. (collectively, "Plaintiffs")'s Second Amended Class Action Complaint (the "Complaint") in its entirety and with prejudice as to Mallinckrodt, including as to each of the following counts: Count II for Unjust Enrichment, Count III for Unjust Enrichment, Count IV for Common Law Fraud, Count V for Conspiracy to Defraud/Concerted Action, Count VI under 15 U.S.C. § 2, Count

VII under 15 U.S.C. § 1, Count VIII under State Antitrust Law, Count IX under 18 U.S.C. § 1962(c), Count X under 18 U.S.C. § 1962(a), Count XI under 18 U.S.C. § 1692(d). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Mallinckrodt respectfully requests that the Complaint be dismissed in its entirety with prejudice as to Mallinckrodt, and that the Court grant any additional relief deemed just under the circumstances.

Dated: January 22, 2018.

/s/ Scott Collins Sullivan

Scott Collins Sullivan
WilliamsMcCarthy LLP
120 West State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8900
*ssullivan@wilmac.com*

G. Patrick Watson, Georgia Bar No. 741226
(*Pro Hac Vice*)
Lindsay Sklar Johnson, Georgia Bar No. 648391
(*Pro Hac Vice*)
Bryan Cave LLP
14th Floor
1201 West Peachtree Street
Atlanta, GA 30309
(404) 572-6600
*patrick.watson@bryancave.com*
*lindsay.johnson@bryancave.com*

Rebecca A. D. Nelson, Bar No. 6215961
Herbert R. Giorgio, Bar No. 6291566
Bryan Cave LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102
(314) 259-2417
*herb.giorgio@bryancave.com*
*ranelson@bryancave.com*

Philip D. Bartz, D.C. Bar No. 379603
(*Pro Hac Vice*)
Bryan Cave LLP
Suite 700
1155 F Street NW
Washington, DC  20004
(202) 508-6022
*philip.bartz@bryancave.com*

Attorneys for Defendants Mallinckrodt ARD Inc.
*formerly known as* Questcor Pharmaceuticals, Inc.
and Mallinckrodt plc

**CERTIFICATE OF LAWYER**

The undersigned hereby certifies that on January 22, 2018, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jay William Chamberlin (chamberlin@havilandhughes.com)
Michael W. Lenert (mwl@meyers-flowers.com)
Ifanyichukwu C. Mogbana (ifeanyi.mogbana@rockfordil.gov)
Donald E. Haviland, Jr. (haviland@havilandhughes.com)
Peter J. Flowers (pfj@meyers-flowers.com)
Jonathan Peter Mincieli (jpm@meyers-flowers.com)
William H. Platt, II (platt@havilandhughes.com)
Kerry Franklin Partridge (kerry.partirdge@rockfordil.gov)
Eric J. Gorman (egorman@skadden.com)
Matthew Robert Kipp (mkipp@skadden.com)
Thomas Pak (thomas.pak@skadden.com)
James A. Keyte (james.keyte@skadden.com)
Evan Ross Kreiner (evan.kreiner@skadden.com)
Matthew M. Martino (matthew.martino@skadden.com)
Patrick G. Rideout (patrick.rideout@skadden.com)

/s/ Scott C. Sullivan
Scott Collins Sullivan
WilliamsMcCarthy LLP
Email: *ssullivan@wilmac.com*
120 West State Street
P.O. Box 219
Rockford, IL 61105-0219
Ph: (815) 987-8900

Attorney for Defendants Mallinckrodt ARD Inc. *formerly known as* Questcor Pharmaceuticals, Inc. and Mallinckrodt plc

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, a true and correct copy of the foregoing Defendants Mallinckrodt ARD Inc.'s and Mallinckrodt PLC's Motion to Dismiss the Second Amended Class Action Complaint was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ Scott C. Sullivan
Scott C. Sullivan
WILLIAMSMCCARTHYLLP
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8936
ssullivan@wilmac.com