## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| City of Rockford, et al. | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50107 |
| | ) | |
| Mallinckrodt ARD, Inc., et al. | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## <u>ORDER</u>

Before the court is a report and recommendation ("R&R") [118] from the magistrate judge that 18 CV 379 be reassigned based on relatedness. Accordingly, there being no written objection to the R&R, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and finds that 18 CV 379 and this case are related and that 18 CV 379 should be reassigned from the Eastern Division to Judge Kapala in the Western Division. A copy of this finding will be forwarded to the Executive Committee together with a request that the Committee reassign 18 CV 379 from the Eastern Division to Judge Kapala in the Western Division.

Date: 3/13/2018

ENTER:

_____

FREDERICK J. KAPALA

District Judge