# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

City Of Rockford, et al.

Plaintiff,

v.                                              Case No.: 3:17−cv−50107
                                                Honorable Frederick J. Kapala

Mallinckrodt ARD, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

     MINUTE entry before the Honorable Lisa A. Jensen: A status hearing is set for 6/24/2019 at 9:00 AM. Counsel shall appear in person. In light of the transfer of cases from Magistrate Judge Johnston to Magistrate Judge Jensen, by 6/17/2019, the parties shall also file a status report, with a judge's copy sent to chambers, containing the following information: (1) The names of all parties and counsel of record; (2) A general description of the claims and affirmative defenses; (3) All dates established in the case management order; (4) Whether the case is proceeding in a manner that will allow the case to meet the deadlines established by the case management order; and if, not, why not; (5) Any anticipated discovery disputes that may arise in the near future, and any anticipated motions; (6) The status of discovery, including discovery conducted to date; (7) Whether the parties have discussed settlement. If the parties have discussed settlement, the parties must state the status of those discussions. If the parties have not discussed settlement, the parties must state why not; (8) Whether the parties believe a settlement conference at this time has a reasonable likelihood of reaching a resolution. If the parties do not believe a settlement conference is reasonably likely to reach a resolution, the parties must state the specific reasons for that belief; (9) Any significant rulings entered to date; (10) Any additional information the parties believe is relevant to provide the Court with a better understanding of the case. Counsel for all parties are to cooperate in providing the status report. Counsel should also understand that the reassignment of cases from Magistrate Judge Johnston to Magistrate Judge Jensen is not to be viewed as an opportunity to seek reconsideration of previous adverse rulings. Mailed notice (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.