UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITY OF ROCKFORD,<br>                         Plaintiff,<br>  v.<br>MALLINCKRODT ARD INC., *et al.*,<br>                         Defendants. | Case No. 3:17-cv-50107<br>District Judge Iain D. Johnston<br>Magistrate Judge Lisa A. Jensen |
| MSP RECOVERY CLAIMS, SERIES LLC, *et al.*,<br>                         Plaintiffs,<br>  v.<br>MALLINCKRODT ARD INC., *et al.*,<br>                         Defendants. | Case No. 3:20-cv-50056<br>District Judge Iain D. Johnston<br>Magistrate Judge Lisa A. Jensen |

**NOTICE OF ATTORNEY WITHDRAWAL**

      Pursuant to Local Rule 83.17, Defendants Express Scripts Holding Co., Express Scripts, Inc., CuraScript, Inc., Accredo Health Group, Inc., and United BioSource LLC (f/k/a United BioSource Corp.) (the "Express Scripts Entities," and with the Mallinckrodt Defendants, "Defendants") hereby provide notice of the withdrawal of Ethan C. Glass as counsel in this matter, as he is no longer employed by Quinn Emanuel Urquhart & Sullivan, LLP as of March 14, 2022. The Express Scripts Entities will continue to be represented by Michael J. Lyle, Eric C. Lyttle, Keith H. Forst, Meghan A. McCaffrey, Michael D. Bonanno, James M. Hamann, J. Kirk Goza, Brendan Carroll, Kathleen A. Lanigan, and Matthew K. Wasserman of Quinn Emanuel Urquhart & Sullivan, LLP, and Jan H. Ohlander of Reno & Zahm, LLP.

Dated: March 21, 2022        */s/ Michael J. Lyle*
<div style="margin-left:2em">

Michael J. Lyle, Esq. (ARDC #6199227)
Eric C. Lyttle, Esq. (*pro hac vice*)
Keith H. Forst, Esq. (*pro hac vice*)
Meghan A. McCaffrey, Esq. (*pro hac vice*)
Michael D. Bonanno, Esq. (*pro hac vice*)
J. Matthew Hamann, Esq. (*pro hac vice*)
J. Kirk Goza, Esq. (*pro hac vice*)
Brendan Carroll, Esq. (*pro hac vice*)
Kathleen A. Lanigan, Esq. (*pro hac vice*)
Matthew K. Wasserman, Esq. (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
keithforst@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
mikebonanno@quinnemanuel.com
matthewhamann@quinnemanuel.com
kirkgoza@quinnemanuel.com
brendancarroll@quinnemanuel.com
katlanigan@quinnemanuel.com
matthewwasserman@quinnemanuel.com

Jan H. Ohlander, Esq. (ARDC #3124934)
RENO & ZAHM, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107
Tel: (815) 987-4050
Fax: (815) 987-4092
jho@renozahm.com

***Attorneys for Defendants Express Scripts, Inc., Express Scripts Holding Co., Accredo Health Group, Inc., CuraScript, Inc. d/b/a CuraScript SP Specialty Pharmacy, and United BioSource LLC (f/k/a United BioSource Corp.)***

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Michael J. Lyle*
                                                Michael J. Lyle, Esq. (ARDC #6199227)