# EXHIBIT R

Message

**From**: Close, Michael [Michael.Close@mallinckrodt.com]
**Sent**: 10/10/2014 1:50:29 PM
**To**: Foster, Susan [Susan.Foster@mallinckrodt.com]
**Subject**: Distribution Prezo
**Attachments**: ARD Distribution presentation.pptx

Hi Susan,

Here is what I was planning to cover in some variation next week.  Brian Smith asked me to do a 45-minute presentation on the distribution model and Specialty Pharmacy for the group.  About 20 slides very high level overview planned.

Have a great weekend and see you next week!

Mike

Confidential





# Distribution Channel Overview

Confidential

MNK02629362

# Critical Success Factors for Today's Prezo



## Articulate:

- Specialty Distribution and Distribution Models in the marketplace

- Walk thru Acthar® Gel from a 3PL, current distribution model, and alternate model perspective

- Specialty Pharmacy Marketplace overview

- Discuss Selecting an SP partner, Pharmacy/Medical Benefit , Any Willing Provider statue

3

MNK02629363

# What is a Specialty Pharmaceutical?



**Distribution of brand name specialty drugs and biologicals that do not fit into the pharmaceutical wholesaler model and product mix**

- Shipping and handling requirements of the medication (i.e. frozen products)
- Associated with complex illnesses, clinical management and close patient monitoring
- Provider and patient administered
- Expensive with high medical cost potential
- Small or well-defined patient populations, remote areas of administration, disease education, involved BI
- Limited inventory or manufacturing challenges exist
- Distributed through restricted provider network
- Reimbursed under medical benefits



**It is projected that by 2020, 9 of the 10 best-selling drugs by revenue will be specialty drugs, compared with 3 drugs in 2010 and 6 in 2013.**

4

Specialty pharmaceuticals (Provider and Patient administered) are brand-name or generic drugs for patients undergoing intensive therapies for such chronic, complex illnesses as multiple sclerosis, rheumatoid arthritis, and cancer. Patients taking specialty therapies may require disease education, frequent dosing adjustments, and intensive clinical monitoring. Specialty drugs are also much more expensive than traditional pharmaceuticals. Patients typically need help researching and obtaining insurance coverage for specialty medications.

Albumin
Anti-hemophilic factors
Biologicals
Biosurgery products
Hyperimmunes
Injectables and infused products
Intravenous immune globulin (IVIG)
Nephrology products
Oncology products
Orals
Plasma protein fraction
Rheumatology products
Urology products
Vaccines

MNK02629364

# Specialty Product Example



| Specialty Criteria | Product Profile Example |
|---|---|
| Price | Annual cost of drug therapy >$12,000 |
| Size of patient population | Orphan <200,000; Ultra-orphan <6,000 |
| Complexity of health plan design | Medical or pharmacy benefit; prior authorization; step edits; failure to other therapies; required testing |
| Complexity of administration | HCP administered injection or infusion; reconstitution prior to injection or infusion; cold chain brought to room temperature prior to administration |
| Complexity of disease state | Focused screening and/or monitoring of treatment |

Source: Blue Fin Group, Specialty Channel Design, 2014

5

Pharma companies continue to invest in research to develop new treatments in specialty area. According to a new report by PhRMA, there are nearly 800 cancer medications and vaccines either in clinical trials or awaiting review by the FDA

Specialty Products –

Unlike specialty products in a limited specialty pharmacy network, some products are in open distribution and can be dispensed by any licensed pharmacy. All pharmacies have access to open distribution products, because they can be purchased from a full-line wholesaler. Therefore, wholesalers inventory, sell, and distribute these specialty products as they would traditional drugs. Examples include Copaxone (Teva), Humira (AbbVie), and Sovaldi (Gilead Sciences.) This is why we typically get request from Specialty Pharmacies to be added to our network. They take a success breeds success mindset. However, there are specific differences is payor contracting for the lives for orphan drug(s) like Acthar® Gel.

Confidential

## Distribution Models in the Marketplace 

| **Full-line Wholesale** | **Traditional Specialty** | **Hospital Specialty** | **"Pharmacy" Specialty Distributor** |
|---|---|---|---|
| • Manufacturer sells product direct to full-line wholesalers (national and regional) who service all classes of trade except physician offices/clinics<br><br>• Includes branded, biotech, generic, OTC, etc. products<br><br>• Usually a prime vendor model | • Manufacturer sells product direct to SDs who service physician offices/clinics<br><br>• Predominantly for health-care professional administered products under buy-n-bill model<br><br>• Oral specialty products now also sold to physician offices as in-office dispensing option | • Manufacturer sells product direct to SDs who service hospital, IDN, IHS, ACO model<br><br>• Model developed to provide alternative solution for health-care professional administered products used in hospital, IDN, IHS, ACO setting | • Manufacturer sells product direct to specialty distributors who service pharmacy class of trade<br><br>• Typically for oral and self-injectable specialty products<br><br>• Model created to provide alternate solution in to full-line wholesaler prime vendor model and to enable manufacturers to implement limited networks without selling direct |

Source: Blue Fin Group, Specialty Channel Design, 2014

6

**Full-Line**
Retail Pharmacy, hospitals, (e.g., Diabetes, Hypertension, CV, lifestyle drugs) - There are 5,700 hospitals in the U.S.70 Hospitals generally do not need or want large on- site inventories of drugs and therefore rely on wholesalers as a purchasing channel. Drug wholesalers generate about one-sixth of their revenues from sales to hospital pharmacies. (See Exhibit 2, on page 7.)

**Specialty** – Oncology, RA (Remicade) - Thus, in the buy-and-bill system, the provider is responsible for:
 Ordering and purchasing the drug from a specialty distributor
 Managing drug inventory at the practice
 Prescribing and administering the drug to a patient
 Submitting reimbursement claims for a drug and related professional services
 Collecting a patient's coinsurance or copayment for all services
The specialty distributor is responsible for:
 Purchasing products from manufacturers
 Negotiating the drug's cost with the provider
 Delivering the specialty drug to the provider's location
 Collecting payment from the provider

**Hospital Specialty** – A hospital pharmacy typically purchases specialty pharmaceuticals from a full-line wholesaler, under its preferred vendor contract, rather than from a specialty distributor. These sales can occur via a health-system GPO (described above) or via a purchasing relationship between a hospital and a wholesaler, especially for the many specialty drugs that are not on a GPO contract.
A small volume of specialty drugs is sold directly by manufacturers to hospital pharmacies. Some manufacturers are also developing channel strategies in which a specialty distributor sells product to a hospital, which orders the product via its prime vendor full-line wholesaler. These arrangements are enabled by the corporate ownership relationships between full-line wholesalers and specialty distributors.
Many specialty drugs are administered in hospital outpatient departments. These sites are owned and operated by a hospital or system but can be located at the hospital facility or at a different location. Over time, specialty drug administration has been

MNK02629366

shifting from physician offices/clinics to hospital outpatient departments.
340B

Pharmacy SD –our model to be touched on later

Confidential MNK02629367



3PL – Can be done in-house or out-sourced to companies with core capabilities in pick/pack/ship warehouse operations, outbound distribution, and order-to-cash management on a fee-for-service basis: Mck, CAH, ABC(ICS), Omni-Care, UPS

Typically smaller pharma/biotech companies choose this route due to lack of core capabilities.

Can also provide regulatory services around state licensing, VAWD accreditation, assistance with ensuring product integrity during storage & shipping

"Verified Accreditation Wholesale Distribution"

MNK02629368



In light of previous discussion, this is a typical supply chain for how an oral/self-injected product enters the channel and is distributed. Manufacturers tend to select SDs over Wholesalers because of channel management strategy and cost. Some SDs have a stronger presences in hospitals (CAH), others in physician offices (ABC and MCK) still others in DOD (MCK Pharmaceutical Prime Vendor). If the manufacturer does not include all three SDs, they have to drop-ship which can be cumbersome.

So patient population, cost of drug, route of administration and channel strategy will determine number of participants.

MNK02629369



Challenges/Opportunities with this Model:

Challenges
IPA/TPA, Self-funded employer groups
Opportunities
Eliminating SD

852 – Inventory
867 – sales dispensing

MNK02629370



Why wouldn't this work for Acthar® Gel?

Dilution of patient
More product in channel
Difficult to ensure uniform consistency from SP to SP

Confidential



Confidential

MNK02629372

# What is a Specialty Pharmacy's Role in the Channel?



Specialty pharmacies are distinct from traditional pharmacies in coordinating many aspects of patient care and disease management. They are designed to:

- Efficiently deliver medication with special handling, storage, and distribution requirements for chronic diseases

- Improve clinical and economic outcomes for patients with complex, often chronic and rare conditions, with close contact and management by clinicians

- Provide patient education, help ensure appropriate medication use, promote adherence, and attempt to avoid unnecessary costs

- Help patients locate resources to provide financial assistance with co-pays. Manufacturers often collaborate with Specialty Pharmacies to provide these services

- Work efficiently with Manufacturer Hub Model

12

MNK02629373

# Specialty Pharmacy Value Proposition

The high cost, high management of specialty pharmacy demands the close coordination of activity and patient management among the key stakeholders

| PATIENT | PHYSICIAN | PAYER | PHARMACEUTICAL MANUFACTURER |
|---|---|---|---|
| Service Expectation | Service Expectation | Service Expectation | Service Expectation |
| •Toll-free, 24-hour clinical support<br>•Benefits verification<br>•Direct home delivery<br>•Internet community<br>•Friendly call-center | •Clinical extension of the office<br>•Compliance management<br>•Customized dose delivery<br>•Reimbursement coordination<br>•Patient education services<br>•Coding and billing assistance | •Competitive pricing<br>•Customized programs (e.g. disease treatment management and clinical support)<br>•Reduction in wasted drug<br>•Dedicated payer/sales support<br>• Access to LDD<br>•Accreditation (URAC, ACHC) | •Shipping and delivery<br>  –Nationwide distribution<br>  –Special handling<br>  –Overnight delivery<br>•Patient and office assistance<br>  –Direct patient interaction<br>  –Patient/physician reimbursement coordination<br>  –Clinical trial drug delivery<br>  –Indigent care / patient assistance programs (PAPs)<br>•REMS execution |
| Measurement | Measurement | Measurement | Measurement |
| •Improved outcomes<br>•Increased satisfaction | •Time savings<br>•Patient satisfaction<br>•More patients | •Cost savings<br>•Member satisfaction | •Patient satisfaction<br>•Prescriber satisfaction<br>•Improved patient access<br>•Regulatory compliance<br>•Increase sales |

MNK02629374



MNK02629375



Despite the many market participants, pharmacy market share for dispensing specialty drugs is highly concentrated. The SP's of three companies, --ESI, CVS Caremark, and Walgreens— account for about two-thirds of revenues from pharmacy-dispensed specialty drugs.

Source: Blue Fin Group, Specialty Channel Design, 2014

15

I think I have spoken to everyone of these

MNK02629376



Cometriq (Exelixis) and Caprelsa (AZ)  are exclusive; Nexavar (Bayer) is in a limited distribution agreement. Companies with small patient populations, narrow clinical indications, along with things like REMS requirements look for a smaller or exclusive SP channel.  This is gives them the ability to partner with an SP who can provide better clinical, financial and support service access to the drug.

MNK02629377

# What makes our current SP network work? 

- Access to Lives by current SPs. Stated another way, they are either or owned by health plan or have a contractual relationship
- Billing under medical and pharmacy benefit
- Work efficiently with our hub
- Cost of our drug
- Size of Acthar® Gel patient population

**Challenges:**

- IPA/TPA's, fully-capitated MDs, self-funded employer groups

**Opportunities:**

- Sell from 3PL to Specialty Pharmacies direct
- As part of Any Willing Provider provision, triage Medicare Part D or Medicaid to selected SPs in our network.

17



Why is this important for a drug like Acthar Gel?

SP will not get refill

Call Center/Patient Support Capabilities
Product Counseling
Refill Reminders
Prescriber Letters/Supplemental Materials,
Referrals to Financial and PAP
Dedicated Product team to include program supervisor
Communication between us, the hub and QBRs
AE reporting and Patient Complaints
Data Services to Hub and MNK□- Database and reports – Dispense reports, Inventory, go/no void reports for referrals, Dispense updates from Hub

Confidential

# Pharmacy vs. Medical Benefit



There are also large variations existing within drug classes and condition categories with the route of drug administration typically determining whether it's the medical or pharmacy benefit that covers the specialty drug: For example:

> Pharmacy benefit: Typically covers self-administered oral, injectable and inhaled drugs

> Medical benefit: Typically covers drugs that are injected or infused by a health care professional in the doctor's office, hospital out-patient center, free-standing infusion center/clinic or by a mobile infusion therapy provider at home

### Total Spending on Specialty Drugs, by Benefit Type, 2012-2018



19

Confidential

MNK02629380

# What are Any Willing Provider Law(s)?



Snapshot:

▶ "Any willing provider laws require managed care plans to accept any qualified provider who is willing to accept the terms and conditions of a managed care plan. These laws do not require managed care plans to contract with all providers. However, they do require managed care plans to explicitly state evaluation criteria and ensure "due process" for providers who wish to contract with the plan." (NCSL)

- These 22 states have some form of Any Willing Provider Law:

  - AL, AK, CO, CT, DE, FL, GA, ID, IL, IN, IA, KY, LA, MA, MS, MO, MT, NE, NH, NJ, NC, ND, OK, RI, SC, SD, TN, TX, UT, VA, WI, WY



This is a great opportunity for us to partner with SPs who have a high concentration of Med-D lives or a presence (Walgreens) with Payor/PBMs in Med-D in AWP.

Confidential

# Key Take Away Summary



- Distribution Models in the marketplace are varied and can take on various looks to fit the channel management strategy and best outcome for patient

- Specialty Pharmacy are becoming primarily controlled by Payors and PBMs although there are very good independent regional Specialty pharmacies in the marketplace

- Ultimately, manufacturers are going to choose the model that has the fewest access barriers to the patient, gives them visibility thru data agreements into the drug and patient experience, and provides the most efficacy outcome

21                                                                                                    8/21/2012

Confidential



MNK02629383

# Exclusive distribution supply chain



> Offers controlled distribution through **one** specialty distributor

## PROS

- Offers quick access to products with orphan indications, small or well defined patient populations or has reduced inventory by reducing the risk of out-of-date product, counterfeit issues and controls supply chain volume

- Using a sole-source specialty distributor provides uniform 852 / 867 data.

- Provides the ability to scale as indications expand. Small number of patients; requires controlled setting

- Establishing performance standards with one distributor is easier to manage and expand from when indications advance

## CONS

- Requires educating pharmacy channels on ordering and access process.

23

# What is a Specialty Pharmacy?



- Specialty pharmacies are distinct from traditional pharmacies in coordinating many aspects of patient care and disease management.  They are designed to:

  o A specialty pharmacy typically provides more extensive care management, counseling, case management and coordination of care with other stakeholders involved in a patient's treatment.  Efficiently deliver medication with special handling, storage, and distribution requirements

  o Improve clinical and economic outcomes for patients with complex, often chronic and rare conditions, with close contact and management by clinicians

  o Provide patient education, help ensure appropriate medication use, promote adherence, and attempt to avoid unnecessary costs

  o Help patients locate resources to provide financial assistance with co-pays. Manufacturers often collaborate with Specialty Pharmacies to provide these services

24

Specialty Pharmacy Landscape
Specialty drugs, including biologics, treat complex chronic and life-threatening medical conditions. They are different from traditional drugs in how they are developed and manufactured, and often require special handling and administration, as well as significant patient education, monitoring and follow-up.  Side effects from the use of specialty drugs can be more frequent and serious than those of traditional drugs.

MNK02629385

## HUB with Specialty Pharmacy Limited Network 

**GOAL:** Referral management thru Hub and *a few* specialty pharmacies

### PROS

- Essential for medical coverage where a full BI is needed

- Control over referral triage, reimbursement support and management

- Support can be perceived to be higher with this model in the provider community

### CONS

- Costly model to operate and manage for manufacturers and SPPs

- Double work – after hub does front-end BI and triages referral, SPP repeats the work unless specific SOPs are put in place.

- Rx volume can flow to SPPs first even when HUB is in place due to SP's own sales force, aka, "feet on the street"

25    .

Better economies of scale for you the manufacturer
Product and patient support can be perceived to be higher with this model in the provider community leading to better script referral for first and existing competitor patients
Better coordinated reimbursement support and PAP/Co-pay program and patient experience.
Nursing support
More timely data collection

Limited distribution networks for specialty products are particularly frustrating to hospital and retail providers. In an attempt to control both inventory and data, manufacturers may opt for a closed distribution system. The advent of programs such as risk evaluation and mitigation strategies, often associated with high-risk/high-cost drugs, has created the need for extra data collection. From the point of view of the manufacturers, limiting the distribution of drugs increases compliance and the consistency of data collection. -

MNK02629386

# Examples of Pharmacies Dispensing Specialty Pharmaceuticals





| Ownership | Examples | | |
|---|---|---|---|
| Pharmacy Benefit Managers | accredo | CVS Specialty Pharmacy CAREMARK | PRIME THERAPEUTICS SPECIALTY PHARMACY |
| Drugstore Chains | Walgreens | Walmart | PHARMACY Target Specialty Pharmacy |
| Health Plans | OPTUMRx | aetna | RightSource Specialty |
| Wholesalers | US Bioservices | OncoSourceRx | OncologyRx Care Advantage |
| Physician Practices | Rx TO GO | RainTree | TEXAS ONCOLOGY |
| Hospital Systems and Group Purchasing Organizations | FAIRVIEW | COMMCARE SPECIALTY PHARMACY | excelera |
| Regional/Independent Specialty Pharmacies | DIPLOMAT | Avella | Biologics |
| Independent Retail Pharmacy Networks | ASPN | cspn | |

Source: Pembroke Consulting research

Despite the many market participants, pharmacy market share for dispensing specialty drugs is highly concentrated. The SP's of three companies, --ESI, CVS Caremark, and Walgreens— account for about two-thirds of revenues from pharmacy-dispensed specialty drugs.

Pembroke 2014-15 Economic Report on Pharmaceutical Wholesale and Specialty Distributors, Exhibit 15

26

MNK02629387

# Specialty Product Distribution

- Albumin
- Anti-hemophilic factors
- Biologicals
- Biosurgery products
- Hyperimmunes
- Injectables and infused products
- Intravenous immune globulin (IVIG)
- Nephrology products
- Oncology products
- Orals
- Plasma protein fraction
- Rheumatology products
- Urology products
- Vaccines

27

MNK02629388

# Specialty Product Distribution



- Albumin
- Anti-hemophilic factors
- Biologicals
- Biosurgery products
- Hyperimmunes
- Injectables and infused products
- Intravenous immune globulin (IVIG)
- Nephrology products
- Oncology products
- Orals
- Plasma protein fraction
- Rheumatology products
- Urology products
- Vaccines

28

MNK02629389