# EXHIBIT U

| | |
|---|---|
| **From:** | Osborne, Rob V. (TN9) [/O=EXPRESS-SCRIPTS/OU=CURASCRIPT/CN=RECIPIENTS/CN=ROB.OSBORNE] |
| **Sent:** | 5/28/2015 9:12:16 PM |
| **To:** | Martin, Bill D. (TN9) [bill.martin@accredohealth.com]; Johnston, Gayle C. (LMF) [gayle.johnston@curascript.com] |
| **CC:** | Osborne, Rob V. (TN9) [rvosborne@express-scripts.com]; O'Neal, Linda W. (LMF) [linda.oneal@curascript.com]; Lord, Jennifer C. (TEM) [jlord@express-scripts.com]; Uder, Stephanie (EHQ) [suder@express-scripts.com] |
| **Subject:** | Turing Pharmaceuticals Daraprim exclusive |

Bill and Gayle,
I just got off the phone with a company out of NY called Turing Pharmaceuticals. They are in the process of buying the drug Daraprim that has been on the market a long time. Today it is in wide open distribution and they want to pull it into an exclusive. I pitched Accedo along with the Hybrid 3PL/SD model. SD sells to Accredo and a hospital if needed.

Highlights:
- Tablets, 3 tabs a day for approx. 2 months and the patient is cured.
- Life saving product
- WAC is 1335 per bottle and they are raising the price once purchased. We know this model well.
- Approximately 1000-1500 bottles in the channel today (wholesalers)
- Does approx. $100M a year or will do this once the price increase is taken. I cant remember exactly what they said.
- Approx. 3 pallets to Grove City or Memphis
- Daraprim is the trade name
- They currently and have in a past life used Dohmen/Centric and aren't happy with them

## They want to be ready in a month. I said I can dispense in a month and probably distribute but wont have all the bells and whistles ready.

Thoughts? I say we go for it.

**Pyrimethamine** /paɪrɪmɛθeɪmiːn/ (trade name Daraprim) is a medication used for protozoal infections. It is commonly used as an antimalarial drug (for both treatment and prevention of malaria), and is also used (combined with the sulfonamide antibiotic sulfadiazine) in the treatment of *Toxoplasma gondii* infections in immunocompromised patients, such as HIV-positive individuals. It is also currently being evaluated[1] in clinical trials as a treatment for amyotrophic lateral sclerosis. In 2011, researchers discovered that pyrimethamine can increase ß-hexosaminidase activity, thus potentially slowing down the progression of late-onset Tay–Sachs disease.[2]
It is on the World Health Organization's List of Essential Medicines, the most important medications needed in a basic health system.[3]

Rob Osborne
Business Development Pharma & Biotech
Express Scripts
Accredo & CuraScript Specialty Distribution
cell 407.493.3358
email: rvosborne@express-scripts.com



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ExpressScripts5478496