# EXHIBIT EE

| | |
|---|---|
| **From:** | Newport, Libby G. (EHQ) [/O=EXPRESS-SCRIPTS/OU=STLOUIS/CN=RECIPIENTS/CN=LNEWPORT] |
| **Sent:** | 9/16/2013 2:07:33 PM |
| **To:** | Henson, Kathi (EHQ) [khenson@healthbridgeinc.com]; Efken, Joel C. (STL) [jcefken@express-scripts.com]; Penrod, Kathleen (STL) [kpenrod@express-scripts.com]; Melland, Paul A. (LMF) [pamelland@express-scripts.com] |
| **Subject:** | FW: Acthar - URGENT Need |

The SP team is ready for the Acthar volume.   If you have any service challenges, please coordinate with Amber Norton.

**Libby Newport**
314.810.3104
lnewport@express-scripts.com

---

**From:** Behrens, Travis (ORL)
**Sent:** Saturday, September 14, 2013 10:40 PM
**To:** Hebbert, Nicole D. (ORL); Newport, Libby G. (EHQ)
**Cc:** Martin, William D. (TN9); Johnson, Robyn R. (ORL); Tandon, Vicki L. (ORL); Jones, Regina; Norton, Amber M (ORL)
**Subject:** RE: Acthar - URGENT Need

We held a strategy meeting with the Ops teams yesterday after our Ops Pharma Alignment meeting to discuss this. Here are some highlights:

- Capacity Planning/Readiness:
- Each team has back-ups already trained for roughly double their current capacity, and is up-training additional personnel to be ready to support the dedicated staff.
- They, along with our team, will be monitoring WIP levels and aging throughout each day and are prepared to shift staff as needed to match any increase in volume.
- Communication/Collaboration
- We are continuing with our 3x weekly huddle meetings with the Ops teams and the hub, in addition to our weekly leadership Collaboration meeting, to ensure we are staying on top of things and addressing any issues quickly.
- I will also be meeting with Kathi Henson this week to discuss some of the Hub/SP disconnects that were uncovered in our Friday discussion.

Please let me know if anyone has questions or additional concerns.

Thanks,

Travis

*Newport*
EXHIBIT 12
FOR I.D. 1 25 23 CMD

---

**From:** Hebbert, Nicole D. (ORL)
**Sent:** Friday, September 13, 2013 1:40 PM
**To:** Newport, Libby G. (EHQ); Behrens, Travis (ORL)
**Cc:** Martin, William D. (TN9); Johnson, Robyn R. (ORL); Tandon, Vicki L. (ORL); Jones, Regina
**Subject:** RE: Acthar - URGENT Need

Thanks for the note Libby… We are brainstorming and will get back to you early next week… any more specifics on the referral counts that we might see…

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER

**From:** Newport, Libby G. (EHQ)
**Sent:** Thursday, September 12, 2013 7:09 PM
**To:** Behrens, Travis (ORL); Hebbert, Nicole D. (ORL)
**Cc:** Martin, William D. (TN9); Johnson, Robyn R. (ORL); Tandon, Vicki L. (ORL); Jones, Regina
**Subject:** Acthar - URGENT Need
**Importance:** High

**Travis,**
**Nicole,**

I have been meeting with Questcor today.    As we've referenced in the past, our Hub has been struggling with WIP and is working on an aggressive plan to remedy the situation before the end of September.

Part of the discussion today was to preference Accredo and triage as many over as possible over the next 11 days – starting tomorrow.    I expect that you could see double the volume.    As you know, this is our most profitable product in Core with about $3,000/Rx in GM.    If we can support this additional volume, we stand to secure the Hub with further preferencing to our own Pharmacy.    As it stands, the Hub business is at risk for movement to another vendor if we don't resolve this quickly.    As you know, Questcor has made a $1M commitment towards a dedicated team with Accredo and really needs to see that we can use our own pharmacy to get strong results.

Is there any out of the box thinking that might help make these next two weeks successful?    Could we discuss on the SP Alignment call tomorrow?

**Thanks,**
Libby

ATTORNEYS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER