## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

City Of Rockford, et al.

                                    Plaintiff,

v.                                                           Case No.: 3:17−cv−50107

                                                                          Honorable Iain D. Johnston

United Biosource Corporation, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: The Court has received a request from a reporter to unseal the deposition transcript of Dr. Steve Miller, which is attached as exhibit C3 to the City of Rockford's reply brief in support of its motion for class certification, see Dkt. 746. The reporter's letter has been docketed. Dkt. 845. By 7/19/2023 the parties shall file short position papers on the request to unseal, and if any party objects it must set forth the basis of its objection with supporting authority. The parties are reminded that under Baxter Int'l Inc. v. Abbott Labs., 297 F.3d 544, 545 (7th Cir. 2014), documents that "influence or underpin a judicial decision are open to public inspection unless they meet the definition of trade secrets or other categories of bona fide long−term confidentiality." Because the transcript and other sealed materials were submitted to influence the Court's decision, and the Court considers all materials parties submit, those documents will likely all be unsealed when the Court rules on the motion for class certification.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.