UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CITY OF ROCKFORD,<br><br>       Plaintiff,<br><br> v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>       Defendants. | Case No. 3:17-cv-50107<br><br>Hon. Iain D. Johnston<br><br>Hon. Lisa A. Jensen |

**PLAINTIFF, THE CITY OF ROCKFORD'S, POSITION PAPER PURSUANT TO THIS COURT'S MINUTE ENTRY ORDER [ECF 846] REGARDING THE MEDIA'S REQUEST TO UNSEAL DOCUMENTS [ECF 845]**

  In response to this Court's Minute Entry [ECF 846], the Plaintiff, the City of Rockford does not object to the unsealing of the requested document, as the deposition of Dr. Steve Miller, ESI's Chief Medical Officer who has spoken out publicly about Acthar's high price (Dkt. No. 98 at pars. 88, 94-103) will certainly influence, if not underpin, the Court's forthcoming decision on class certification. See *Baxter Int'l Inc. v. Abbott Labs*., 297 F.3d 544, 545 (7th Cir. 2014).

Dated: July 13, 2023

                Respectfully submitted,

                *s/ Donald E. Haviland, Jr.*
                Donald E. Haviland, Jr., Esq. (*Pro Hac Vice*)
                haviland@havilandhughes.com

                William H. Platt II, Esq. (*Pro Hac Vice*)
                platt@havilandhughes.com
                **HAVILAND HUGHES**
                124 South Maple Ave., Suite 220
                Ambler, Pennsylvania 19002
                T: 215-609-4661

                Nicholas O. Meyer, Esq., Legal Director
                Nicholas.Meyer@rockfordil.gov
                Ifeanyi C. Mogbana, Esq., City Attorney
                Ifeanyi.mogbana@rockfordil.gov

**CITY OF ROCKFORD**
425 East State Street, 7th Floor
Rockford, Illinois 61104-1068
T: 779-348-7154

James Bartimus, Esq. (*Pro Hac Vice*)
jb@bflawfirm.com
Anthony DeWitt, Esq., (*Pro Hac Vice*)
ALDewitt@bflawfirm.com
**BARTIMUS, FRICKLETON, ROBERTSON, RADAR PC**
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
T: 913-266-2300

Dion G. Rassias, Esq. (*Pro Hac Vice*)
dgr@beasleyfirm.com
Jillian E. Johnston, Esq. *(Pro Hac Vice)*
Jill.johnston@beasleyfirm.com
**THE BEASLEY FIRM, LLC**
1125 Walnut Street
Philadelphia, PA 19107
T: 215-592-1000

*Attorneys for Plaintiff,*
*the City of Rockford, and the Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Donald E. Haviland, Jr.*
                                              Donald E. Haviland, Jr.