United States District Court
For the Northern District of Illinois
Western Division

Re: Case: 3:17-cv-50107

Dear District Judge Iain D. Johnston,

This is a request that certain records be entered into the public record in Case: 3:17-cv-50107 City of Rockford v. Mallinckrodt ARD Inc.

I am a representative of the news media affiliated with the New York Times, and this request is made as part of news gathering and not for a commercial use.

I am requesting the unsealing of 38 exhibits referenced in the two-part deposition of Dr. Steven Miller. A total of 32 of those exhibits are referenced beginning on Page 4 of Document #: 853-1. The remaining 6 of those exhibits are referenced on Page 5 of Document #: 853-2.

I have cataloged below the exhibits that I am requesting be entered into the public record:

Case: 3:17-cv-50107 Document #: 853-1 Filed: 07/19/23 Page 4 of 310 PageID #:39252
Exhibits
01  Dr. Miller's signature page for confidentiality order, page 10
02  MNK04024815-16, page 28
03  MNK00081796-98, page 78
04  Questcor Press Release, 8/27/07, page 78
05  MNK00082108, page 82
06  ExpressScripts0578988, page 85
07  ExpressScripts5500329-31, page 96
08  ExpressScripts5478859-60, page 102
09  ExpressScripts0837581-83, page 115
10  ExpressScripts4932466-90, page 118
11  ExpressScripts0511827-29, page 126
12  ExpressScripts5769673-74, page 150
13  ExpressScripts5566025-33, page 150
14  ExpressScripts4990395-98, page 154
15  ExpressScripts0834559, page 162
16  ExpressScripts4856396-400, page 164
17  ExpressScripts0982536-37, page 168
18  ExpressScripts0992149-52, page 186
19  ExpressScripts5768881-82, page 195
20  ExpressScripts0837545-47, page 207
21  Emails, 6/5/17, page 219
22  ExpressScripts0837549-50, page 230

| | | |
|---|---|---|
| 23 | ExpressScripts0959385, page 235 | |
| 24 | ExpressScripts5353147, page 237 | |
| 25 | ExpressScripts0834253-65, page 240 | |
| 26 | ExpressScripts5484513-14, page 246 | |
| 27 | ExpressScripts1096837-41, page 255 | |
| 28 | Emails, 5/21/18, page 280 | |
| 29 | ExpressScripts4848402-06, page 284 | |
| 30 | ExpressScripts0000434-49, page 290 | |
| 31 | ExpressScripts0515829, page 301 | |
| 32 | ExpressScripts0975522-23, page 304 | |

Case: 3:17-cv-50107 Document #: 853-2 Filed: 07/19/23 Page 5 of 88 PageID #: 39563

Exhibits

| | |
|---|---|
| 1 | E-mail |
| 2 | E-mail |
| 3 | E-mail |
| 4 | Deposition transcript |
| 5 | E-mail |
| 6 | E-mail |

Thank you for your consideration of this request.

Sincerely,

Rebecca Robbins
620 Eighth Avenue
New York, New York 10018
714-478-4224
rebecca.robbins@nytimes.com