# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

City Of Rockford, et al.

                         Plaintiff,

v.                                                Case No.: 3:17−cv−50107
                                                      Honorable Iain D. Johnston

United Biosource Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: In−person status hearing and motion hearing held on 9/12/2023. Oral arguments heard. For the reasons stated on the record, Plaintiff's motion to strike [882] Defendants' motion to exclude expert testimony of Professor William Comanor is denied. As such, the Court sets the following briefing schedule on Defendants' motion to exclude expert testimony [879]: Plaintiff's response is due 10/17/2023; Defendants' reply is due 10/31/2023. Defendants' motion to strike the Express Scripts entities' and Quinn Emanuel's motion to strike Rockford's filing of confidential documents in violation of the protective order [888] is granted. The Clerk is directed to remove document [886−6] and [886−7] from the docket. On Plaintiff's motion to compel compliance with subpoena to Quinn Emanuel [886], the Court rules as follows: Quinn Emanuel's response as outlined in open court is due 9/26/2023, Quinn Emanual shall by that same date provide the court with the redacted and unredacted documents referenced on its privilege log and shall provide the Court and opposing counsel with a brief discussing the basis for the privileges asserted; Plaintiff's reply to the assertion of privilege is due 10/10/2023. Lastly, Plaintiff's motion to compel compliance with subpoena to Latham [887] is granted as follows: Latham & Watkins shall turn over all documents related to the negotiation of the wholesale purchase agreement between Quinn Emanuel and Latham & Watkins and any privilege log by 10/3/2023. Any opposition to the assertion of privilege shall be filed by Plaintiff by 10/17/2023. Lastly, a joint written status report of the status of the case is due by 10/27/2023. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.