# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

City Of Rockford, et al.
                                            Plaintiff,

v.                                                              Case No.: 3:17−cv−50107
                                                                                     Honorable Iain D. Johnston

United Biosource Corporation, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 21, 2024:

        MINUTE entry before the Honorable Lisa A. Jensen: Continued settlement conference held 5/21/2024. The parties reached a settlement. A joint stipulation to dismiss shall be filed on or before 6/4/2024. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.