**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| CITY OF ROCKFORD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MALLINCKRODT ARD INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:17-cv-50107<br><br>District Judge Iain D. Johnston<br><br>Magistrate Judge Lisa A. Jensen |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff City of Rockford and Defendants Express Scripts Holding Company, Express Scripts, Inc., Priority Healthcare Distribution, Inc., d/b/a CuraScript SD Specialty Distribution, Accredo Health Group, Inc., and United BioSource Corp. n/k/a United BioSource LLC (collectively, the "Express Scripts Entities"), by and through their respective counsel of record, file this joint stipulation of dismissal with prejudice of all claims brought by Plaintiff City of Rockford. This dismissal is pursuant to the terms of a settlement agreement between and among the parties.

Dated: July 11, 2024

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr. *(pro hac vice)*
William H. Platt II *(pro hac vice)*
**HAVILAND HUGHES**
201 South Maple Avenue, Suite 110
Ambler, PA 19002
T: 215-609-4661
F: 215-392-4400

*Counsel for Plaintiff City of Rockford*

/s/ Eric C. Lyttle
Michael J. Lyle, Esq. (ARDC #6199227)
Eric C. Lyttle, Esq. (*pro hac vice*)
Meghan A. McCaffrey, Esq. (*pro hac vice*)
Michael D. Bonanno, Esq. (*pro hac vice*)
J. Matthew Hamann, Esq. (*pro hac vice*)
Ryan T. Andrews, Esq. (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
meghanmccaffrey@quinnemanuel.com
mikebonanno@quinnemanuel.com
matthewhamann@quinnemanuel.com
ryanandrews@quinnemanuel.com

Jan H. Ohlander, Esq. (ARDC #3124934)
RENO & ZAHM, LLP
2902 McFarland Rd., Suite 400
Rockford, IL 61107
Tel: (815) 987-4050
Fax: (815) 987-4092
jho@renozahm.com

*Attorneys for Defendants Express Scripts Holding Co., Express Scripts, Inc., Priority Healthcare Distribution, Inc. d/b/a Curascript SD Specialty Distribution, Accredo Health Group, Inc., and United BioSource Corp. n/k/a United BioSource LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                */s/ Eric C. Lyttle*
                                                                 Eric C. Lyttle