## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

City Of Rockford, et al.

                    Plaintiff,

v.                                          Case No.: 3:17−cv−50107

                                                            Honorable Iain D. Johnston

United Biosource Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [945], this case is dismissed with prejudice. The pending objection [917] is stricken. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.